[914 NE2d 141, 885 NYS2d 449]

In the Matter of PATRICIA MYERS, Appellant, v JON BAISLEY, Respondent, et al., Respondents.

Argued August 25, 2009; decided August 26, 2009

728

**APPEARANCES OF COUNSEL**

*David A. Sears*, Poughkeepsie, for appellant.
*John Ciampoli*, Albany, for respondent.

**OPINION OF THE COURT**

Order affirmed (*see Matter of Cass v Krakower*, 13 NY3d 118 [2009] [decided today]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.